UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                Case No. 2:11-cr-52

VIKTOR VIACHESLAV PROTASOFF,        HON. R. ALLAN EDGAR

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 7, 2011, on a criminal complaint, alleging charges of Domestic Assault - Habitual Offender. Defendant was advised he would be detained pending further proceedings and that he had a right to a detention hearing. Defense counsel will contact the court to request a hearing if the defendant wishes to have a detention hearing scheduled at a later date.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated: November 21, 2011